AO 91 (Rev. 01/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of New Mexico

FILED
U.S. DISTRICT COURT OF NEW MEXICO
2017 JUN 19 PM 1:10
CLERK-LAS CRUCES

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No: 17 MJ 1548 |
| Jairo Alejandro ORONA-Rodriguez | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of June 16, 2017 in the county of Luna in the State and District of New Mexico, the defendant violated 8 U.S.C. §1326(a)(1),(2)(Re-Entry After Deport), an offense described as follows:

an alien, who had been previously arrested and deported from the United States and who had not received the consent of the appropriate authority of the United States to reapply for admission into the United States, was found in the United States, being willfully in the United States unlawfully

This criminal complaint is based on these facts:
On June 16, 2017 the defendant was encountered by Border Patrol Agents in Luna County, New Mexico. The defendant admitted to being a citizen of Mexico illegally in the United States. Record checks revealed that the defendant was deported from the United States on or about December 18, 2009 through El Paso, Texas. There is no evidence to indicate that the defendant has applied for permission from the appropriate authority to enter or remain in the United States.

☐ Continued on the attached sheet.

*Complainant's signature*

Derek Baker, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: June 17, 2017

City and state: Las Cruces, N.M.

CARMEN E. GARZA
U.S. MAGISTRATE JUDGE
*Printed name and title*